UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CINDY DUKES,

    Plaintiff,

v.                                                               Case No: 2:17-cv-697-FtM-38MRM

THE CHECK CASHING STORE,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Defendant The Check Cashing Store's Unopposed Motion for Redaction (Doc. 11). Defendant failed to redact the sole exhibit (Doc. 8-1) attached to its Motion to Dismiss or Compel Arbitration (Doc. 8). Now, Defendant requests the removal and replacement of the unredacted exhibit (Doc. 8-1) with a redacted version (Doc. 11-1). For good cause shown, the Court grants the Defendant's Motion.

Accordingly, it is now

**ORDERED:**

1. Defendant The Check Cashing Store's Unopposed Motion for Redaction (Doc. 11) is **GRANTED.**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2. The Clerk of Court is **DIRECTED** to seal the unredacted exhibit (Doc. 8-1) attached to Defendant's Motion to Dismiss or Compel Arbitration.

3. The Court will consider the redacted exhibit (Doc. 11-1) in its evaluation of Defendant's Motion to Dismiss or Compel Arbitration.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record