## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERES DIVISION

CINDY DUKES

     Plaintiff,

v.                                                  CASE NO.:   2:17-cv-00697-SPC-MRM

THE CHECK CASHING STORE

     Defendant.

### NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** CINDY DUKES, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, CINDY DUKES, and Defendant, THE CHECK CASHING STORE, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.   Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 15th day of October, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

     Respectfully submitted,

     */s/Heather H. Jones*
     Heather H. Jones, Esq.
     Florida Bar No. 0118974
     William "Billy" Peerce Howard, Esq.
     Florida Bar No. 0103330
     THE CONSUMER PROTECTION FIRM, PLLC
     4030 Henderson Blvd.
     Tampa, FL   33629
     Telephone: (813) 500-1500, ext. 205
     Facsimile: (813) 435-2369
     Heather@TheConsumerProtectionFirm.com
     Billy@TheConsumerProtectionFirm.com
     *Attorney for Plaintiff*