UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CINDY DUKES

    Plaintiff,

v.                                            CASE NO.: 2:17-cv-00697-SPC-MRM

THE CHECK CASHING STORE

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Cindy Dukes and Defendant The Check Cashing Store, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on December 3, 2018.

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ John Angew)* |
| Heather H. Jones, Esq. | John Agnew, Esq. |
| Florida Bar No.: 0118974 | Florida Bar No.: 0027377 |
| William "Billy" Peerce Howard, Esq. | HENDERSON, FRANKLIN, STARNES |
| Florida Bar No.: 0103330 | & HOLT, P.A. |
| THE CONSUMER PROTECTION FIRM, PLLC | P.O. Box 280 |
| 4030 Henderson Blvd. | Fort Myers, FL  33902 |
| Tampa, FL  33629 | Telephone: (239) 344-1364 |
| Tel (813) 500-1500/Fax: (813) 435-2369 | Facsimile: (239) 344-1538 |
| Heather@TheConsumerProtectionFirm.com | John.Agnew@henlaw.com |
| Billy@TheConsumerProtectionFirm.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |